STEVEN M. ZAGER (*pro hac vice*)
JEANNE A. FUGATE (Bar No. 236341)
 *jfugate@kslaw.com*
AMANDA R. FARFEL (Bar No. 288126)
 *afarfel@kslaw.com*
LAURA LIVELY BABASHOFF (Bar No. 323922)
 *llively@kslaw.com*
STEPHANIE LE (Bar No. 325428)
 *sle@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310
ANNE M. VOIGTS (Bar No. 220783)
 *avoigts@kslaw.com*
KING & SPALDING LLP
601 South California Avenue
Suite 100
Palo Alto, CA 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800

Attorneys for Defendant
THE COCA COLA COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL HOT ROD ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA COLA COMPANY, a Delaware Corporation,<br><br>Defendants. | Case No. 2:20-cv-08614-SVW-SK<br>[*Hon. Stephen V. Wilson*]<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff NATIONAL HOT ROD ASSOCIATION ("Plaintiff") and Defendant THE COCA COLA COMPANY ("Defendant") and (Defendant and Plaintiff are referred to jointly as the "Parties") have reached a resolution in the above-referenced case following a mediation before the Hon. Vaughn Walker (Ret.) on December 3, 2020.

A formal agreement will be circulated between the Parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

Dated: December 4, 2020          **COZEN O'CONNOR**

By: */s/ Paul K. Leary Jr.*
      PAUL K. LEARY, JR.
      Attorneys for Plaintiff NATIONAL HOT ROD ASSOCIATION,

Dated: December 4, 2020          **KING & SPALDING LLP**

By: */s/ Anne M. Voigts*
      STEVEN M. ZAGER (*pro hac vice*)
      ANNE M. VOIGTS
      JEANNE A. FUGATE
      AMANDA R. FARFEL
      LAURA LIVELY BABASHOFF
      Attorneys for Defendant
      THE COCA COLA COMPANY

I, Anne M. Voigts, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 4, 2020          By: */s/Anne M. Voigts*
                                                            ANNE M. VOIGTS